AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff-Respondent,

v.

BARRY MICHAEL JONES,

          Defendant-Petitioner.

JUDGMENT

Case Number: **3:21-cr-00028-MMD-CLB**
(Related Case  **3:23-cv-00102-MMD**)

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 45 ) is **denied**.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **denied**.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.



Date: August 22, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk